In the Matter of the Application of MARY MURTAGH, Respondent, for an Order against JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York and as Trustee of the New York Fire Department Relief Fund, Appellant.— Order unanimously reversed, with costs and disbursements, and the petition dismissed. (See *Matter of Sheridan* v. *McElligott*, 278 N. Y. 59, and *Matter of Phillips* v. *McElligott*, 254 App. Div. 863; affd., 279 N. Y. 792.) Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

### (March 9, 1939.)

VERSICHERUNGS-ANSTALT DER OESTERREICHISCHEN BUNDESLAENDER, Respondent, v. HAMILTON FIRE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

### (March 10, 1939.)

In the Matter of the General Assignment for the Benefit of Creditors of LLOYD-STUART CO., INC., Assignor, to ARTHUR MENDELSON and ALFRED L. WEINBERG, Assignees, Respondents. THE NATIONAL CASH REGISTER COMPANY, Creditor, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted on the authority of *Matter of Pellegrini* (248 App. Div. 526). The amendment of section 65 (Laws of 1938, chap. 625)■has not changed the rule. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES C. VAN SICLEN and C. WALTER RANDALL, Respondents, v. IRVING T. BUSH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GARDNER JACKSON, Respondent, v. CONSUMER PUBLICATIONS, INC., CRUMP SMITH, Also Known as CRUMP E. SMITH, CLARK GAVIN and HAROLD G. JOHNSON, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [169 Misc. 1022.]

In the Matter of the Application of JOHN D. LORE, Appellant, for an Order against RUSSELL FORBES, as Commissioner of Purchase of the City of New York, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, on condition that the proceeding be noticed for the April term, 1939, for trial by the court without a jury as consented to by petitioner. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.